GALATEA DeLAPP, 181581
Attorney at Law
1541 E. Fairmont Avenue 104
Fresno, CA 93704
Telephone: (559) 803-0471

Attorney for Defendant: **MICHELLE MADEWELL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE MADEWELL, et al.<br><br>Defendants. | No. 1:18-CR-00126 DAD-BAM<br><br>**STIPULATION & ORDER FOR CONTINUING SENTENCING DATE** |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Vincenza Raben, counsel for the government, and Galatea R. DeLapp, counsel for defendant MICHELLE MADEWELL, that the sentencing currently set in this matter for **August 12, 2019,** be continued to **September 3, 2019** and that any and all sentencing memorandum for the parties be extended accordingly.

The parties have agreed to this so that there will be an opportunity to assess an alternative custody and treatment option related to sentencing. The results of the assessment will impact the contents of the sentencing memorandum for the defesne.

IT IS SO STIPULATED.

1

Respectfully submitted,

DATE: August 5, 2019     /s/ Galatea DeLapp
*Galatea DeLapp*
Attorney for Defendant
*MICHELLE MADEWELL*

McGREGOR W. SCOTT
United States Attorney

By:     /s/ Vincenza Raben
*Vincenza Raben*
Assistant U.S. Attorney

ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for **August 12, 2019** is continued until **September 3, 2019**, **at 10:00 a.m**. in courtroom 5 before District Judge Dale A. Drozd. Current informal and formal response deadlines to the presentence report are also extended accordingly.

IT IS SO ORDERED.

Dated: __**August 6, 2019**__

UNITED STATES DISTRICT JUDGE