GALATEA DeLAPP, 181581
Attorney at Law
1541 E. Fairmont Avenue 104
Fresno, CA 93704
Telephone: (559) 803-0471

Attorney for Defendant: **MICHELLE MADEWELL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHELLE MADEWELL, et al.<br>Defendants. | Case No. 1:18-CR-00126 DAD-BAM<br><br>**ORDER FOR RELEASE TO TREATMENT PROGRAM** |

ORDER

Defendant Michelle Madewell shall be released to her father, Ronald Evans, from the Kern County Jail for immediate transportation to the Teen Challenge Program located in Bakersfield, California on September 9, 2019, at 8:00 a.m. Defendant is ordered to follow all terms and conditions proposed by Pretrial Services in the Order Setting Conditions of Release.

IT IS SO ORDERED.

Dated: **September 6, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1